STATE OF NEW JERSEY v. ANGEL SUAREZ.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH WRIGHT.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL HANNAH.

September 12, 1977. Petition for certification denied.

SUMMIT & ELIZABETH TRUST CO. v.
NEW YORK UNIVERSITY.

September 12, 1977. Petition for certification denied.

LOUISE MAROS v.
TRANSAMERICA INSURANCE COMPANY.

September 12, 1977. Petition for certification granted. (See
150 *N. J. Super.* 157)

RICHARD BENNETT v. CYNTHIA BENNETT.

September 12, 1977. Petition for certification denied. (See
150 *N. J. Super.* 509)